No. 74–377. KANAPAUX *v.* ELLISOR, DIRECTOR, SOUTH CAROLINA STATE ELECTION COMMISSION, ET AL. Appeal from D. C. S. C. Motions of John C. West et al. and Charles D. Ravenel for leave to file briefs as *amici curiae* granted. Judgment affirmed.

No. 73–7028. BULGREN *v.* CALIFORNIA. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 74–143. CAMP ET AL. *v.* STRAUGHN, DIRECTOR, DEPARTMENT OF REVENUE, ET AL. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question.

No. 74–148. SOUTHERN HAULERS, INC. *v.* DEPARTMENT OF PUBLIC SAFETY ET AL. Appeal from Sup. Ct. Ala. dismissed for want of substantial federal question.

No. 74–192. CITY OF VIRGINIA, MINNESOTA, ET AL. *v.* NYBERG ET AL. Appeal from C. A. 8th Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied. MR. JUSTICE WHITE would postpone question of jurisdiction to hearing of case on the merits.

No. 73–2047. BUCK ET AL. *v.* IMPEACH NIXON COMMITTEE ET AL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded to ascertain whether a case or controversy still exists, and, if so, for reconsideration in light of *Lehman* v. *City of Shaker Heights,* 418 U. S. 298 (1974).